# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, and <br><br> THE STATE OF INDIANA <br><br> Plaintiffs, <br><br> v. <br><br> LONE STAR INDUSTRIES, INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil No. 2:21-cv-233-JRS-MJD |

## NOTICE OF LODGING OF CONSENT DECREE

Pursuant to 28 C.F.R. § 50.7, Plaintiff the United States of America, at the request of the Administrator of the United States Environmental Protection Agency, hereby lodges the attached Consent Decree. During the pendency of the 30-day public comment period required under 28 C.F.R. § 50.7, no action is required of this Court. After the expiration of the public comment period and evaluation of the comments received, the United States will advise the Court as to whether the Consent Decree may be entered or whether further action may be required.

FOR THE UNITED STATES OF AMERICA:

JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

/s/ Elizabeth L. Loeb
ELIZABETH L. LOEB
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
Washington, DC  20044-7611
elizabeth.loeb@usdoj.gov

JOHN E. CHILDRESS
Acting United States Attorney

/s/ Shelese Woods
Shelese Woods
Assistant United States Attorney
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, IN 46204
317-226-6333
shelese.woods@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2021, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

    s/ Shelese Woods
Shelese Woods
Assistant United States Attorney