# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# Terre Haute Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF INDIANA, )<br>)<br>) |  |
| Plaintiffs, )<br>) |  |
| v. ) | Civ. No. 2:21–cv–233 |
| LONE STAR INDUSTRIES, INC., )<br>) |  |
| Defendant. )<br>) |  |

## UNOPPOSED MOTION TO ENTER CONSENT DECREE

The United States and the State of Indiana respectfully request that the Court approve and enter the proposed Consent Decree that was lodged in this case on June 2, 2021. *See* ECF No. 3-1. If approved, the Consent Decree would resolve alleged violations of the Clean Air Act at a cement manufacturing facility owned and operated by Defendant Lone Star Industries in Greencastle, Indiana.

The U.S. Department of Justice gave notice of the proposed settlement in the Federal Register and solicited public comment during a 30-day period that commenced upon publication of the notice. *See* 86 Fed. Reg. 30,984 (June 10, 2021). No public comments were received. Accordingly, it requests that the Court enter the Consent Decree as a judicial order. In the Consent Decree, Lone Star consents to entry of the Consent Decree. *See* ECF No. 3-1, ¶ 91.

As set forth in the accompanying memorandum in support of this motion, the standards for entry of the Consent Decree are satisfied because the Consent Decree is fair, reasonable and adequate, and in the public interest. *See United States v. Lexington-Fayette Urban Cty. Gov't*, 591 F.3d 484, 489 (6th Cir. 2010).

No proposed order is attached because the Consent Decree contains a signature block for the Court on page 44 of the Consent Decree.

Respectfully Submitted,

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

/s/ Elizabeth L. Loeb
Elizabeth L. Loeb
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S Department of Justice
P.O. Box 7611
Washington, D.C. 20044
202-616-8916
elizabeth.loeb@usdoj.gov

FOR THE STATE OF INDIANA

THEODORE E. ROKITA
Attorney General of Indiana

/s/ Aleksandrina P. Pratt
ALEKSANDRINA P. PRATT
Deputy Attorney General
Office of the Indiana Attorney General
302 W. Washington Street, IGCS 5th Floor
Indianapolis, IN 46204

## CERTIFICATE OF SERVICE

      I, Elizabeth L. Loeb hereby certify that I caused a copy of the foregoing motion to enter the Consent Decree and accompanying memorandum of law upon counsel for Defendant listed below on the date the motion was filed.

Timothy Bergere  
Armstrong Teasedale LLP  
2005 Market St.  
Philadelphia, PA 19103

                                                                /s/ Elizabeth L. Loeb